United States District Court
Southern District of Texas
**ENTERED**
August 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| DAWUD ABDULLAH,<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | § | Civil No. 5:25-cv-00292 |
| ERIC GUERRERO,<br>*Defendant.* | §<br>§<br>§<br>§ | |

## ORDER

Pending before the Court is Petitioner's Motion for an Extension of Time to File His Traverse to the Respondent's Answer. Dkt. No. 20. On August 18, 2026, Petitioner filed his Reply to Respondent's Answer, thereby making his request for an extension of time unnecessary. Dkt. No. 21. As such, Plaintiff's Motion is **DENIED** as moot.

IT IS SO ORDERED.

Signed this August 19, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge